

**David McCraw**
Vice President and
Assistant General Counsel

620 8th Avenue
New York, NY 10018

tel 212.556-4031
fax 212.556-4634
mccraw@nytimes.com

January 28, 2016

**BY ECF**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

Re: <u>The New York Times Company and Eric Lipton v. Department of State, 15-cv-8807 (DLC)</u>: Request for Adjournment of Pretrial Conference

Dear Judge Cote:

I write on behalf of Plaintiffs The New York Times Company and Eric Lipton (together, "The Times") with the consent of Defendant United States Department of State ("State") to respectfully request the adjournment of the initial pretrial conference, currently scheduled for February 5, 2016 at 10:00 a.m., in the above-referenced Freedom of Information Act ("FOIA") matter.

The parties are actively exploring settlement and believe that the case may be resolved when State produces documents responsive to the FOIA request at issue. State intends to produce the documents on or before February 26, 2016.

Accordingly, the parties ask that the pretrial conference be adjourned to a date in the week of March 7, 2016. Prior to that date, the parties will notify the court by letter as to whether the case will be dismissed or, in the alternative, if motion practice will be necessary.

We thank the Court for its consideration.

Respectfully submitted,

David E. McCraw

59805

cc: Christine Poscablo, AUSA