**The New York Times Company**

**David McCraw**
Vice President and
Assistant General Counsel

620 8th Avenue
New York, NY 10018

tel 212.556-4031
fax 212.556-4634
mccraw@nytimes.com

March 7, 2016

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
500 Pearl Street
New York, NY 10007

Re:    *The New York Times v. Dep't of State* 15-cv-8807 (DLC)

Dear Judge Cote:

I write with the consent of Defendant in the above-referenced action to respectfully request an adjournment of the initial conference, which is currently scheduled for March 8, 2016. This action arises under the Freedom of Information Act, and the Government has now produced documents to The New York Times. We believe that the action will be settled shortly.

Accordingly, we ask that the Court adjourn the conference to permit us time to resolve one outstanding issue. We have communicated with Gloria Rojas, and we understand that April 15, 2016 is available for a conference. Counsel for both parties are available that morning. In the event we resolve the dispute prior to that date, we will notify the Court promptly.

Respectfully submitted,

David E. McCraw

cc: Christine Poscablo AUSA
    (by email)