UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
THE NEW YORK TIMES COMPANY and
ERIC LIPTON,

           Plaintiffs,

   v.

U.S. DEPARTMENT OF STATE,

           Defendant.
---------------------------------------------------------------x

15 Civ. 8807 (DLC)

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

WHEREAS, Plaintiffs The New York Times Company and Eric Lipton ("Plaintiffs") filed the complaint commencing this action under the Freedom of Information Act, 5 U.S.C. § 522 ("FOIA") on or about November 9, 2015 (the "Complaint"), asserting one cause of action seeking certain electronic correspondence, including attachments, received or sent by Deputy Assistant Secretary, Defense Trade Controls Kenneth Handelman, Chief of Staff Lisa Aguirre, Deputy Assistant Secretary of State for Political-Military Affairs Gregory Kausner, and Senior Team Leader (NEA/AF Team) Aaron Jost (the "State Documents");

WHEREAS, during the pendency of this litigation, defendants United States Department of State produced to Plaintiffs redacted versions of the State Documents;

WHEREAS, as a result of the production, Plaintiffs now wish to voluntarily discontinue this action;

IT IS NOW HEREBY STIPULATED AND AGREED AS FOLLOWS:

The Compliant shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) without costs and without attorneys' fees or conferral of prevailing party status pursuant to FOIA or any other federal statute.

Dated: New York, New York
March 22, 2016

| THE NEW YORK TIMES COMPANY AND ERIC LIPTON | PREET BHARARA United States Attorney for the Southern District of New York |
|---|---|
| By: _____ DAVID E. MCCRAW Assistant General Counsel The New York Times Co. New York, New York 10018 Tel.: (212) 556-4031 mccraw@nytimes.com | By: _____ CHRISTINE S. POSCABLO Assistant United States Attorney 86 Chambers Street, 3rd Floor New York, New York 10007 Tel.: (212) 637-2674 Christine.Poscablo@usdoj.gov |

**SO ORDERED:**

_____
U.S.D.J.
3/22/16